FILED

2013 Jul-29  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FORTHE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| KIMBERLY NEAL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| vs. | ) | **6:12-CV-1707** |
| | ) | |
| CLYDE DRIVER, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S OPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTIONS TO STRIKE

COMES NOW the Plaintiff, **Kimberly Neal Lee**, by and through counsel, and moves this Court to enlarge time to respond to Defendant's Motions to Strike (Dkt #34 & #35), and in support thereof would show unto the Court the following:

I.

Defendant filed a *Motion to Strike Plaintiff's Statement of Facts* (Dkt #34) and a *Motion to Strike Plaintiff's Evidence in Opposition to Defendant's Motion for Summary Judgment* (Dkt #35) on the 22nd ay of July, 2013.

II.

Plaintiff would show unto the Court that he has been in several trials over the last week and has not had sufficient time to respond to said Motions.

III.

Plaintiff would show unto the Court that by phone call of this date, counsel for

1

Defendant indicated that he opposes Plaintiff's request for time.  However, Plaintiff would show unto the Court that none of the parties would be prejudiced by a brief extension of time in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that she be granted an additional fourteen (14) days to respond to Defendant's Motions to Strike (Dkt #34 & #35) in this cause.

RESPECTFULLY SUBMITTED, this the 29th day of July, 2013.

BY:  *s/T.K. Moffett*
 **T.K. MOFFETT** (ALB#: 6766-T82T)
 Attorney for Plaintiff

*OF COUNSEL*:

**MOFFETT LAW FIRM, PLLC**
ATTORNEYS AT LAW
330 NORTH BROADWAY STREET
PO BOX 1707
TELEPHONE: (662) 844-0836
FACSIMILE: (662) 844-9920

2

## CERTIFICATE OF SERVICE

This is to certify that I, **T.K. Moffett,** have this day filed the above and

foregoing *PLAINTIFF'S OPPOSED MOTION FOR ENLARGEMENT OF TIME TO*

*RESPOND TO DEFENDANT'S MOTIONS TO STRIKE* using the ECF system

which sent notification to the following:

> Hon. Charles E. Harrison
> Hon. H. Gregory Pearson
> Hon. Samuel W. Junkin
> Junkin, Pearson, Harrison, Junkin & Pate, LLC
> Post Office Box 3119
> Tuscaloosa, AL 35403
> chuck@jphj.net; hgpearson@bellsouth.net; sam@jphj.net

This the 29th  day of July 2013.

*s/T.K. Moffett*